

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BASIC ENERGY SERVICES, LP, | § | No. 08-23-00218-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| PPC ENERGY LLP and PRIEST PETROLEUM CORPORATION, | § | of Reeves County, Texas |
| | § | (TC# 20-01-23355-CVR) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., dissenting